**DISTRICT COURT OF THE VIRGIN ISLANDS**
**DIVISION OF ST. THOMAS AND ST. JOHN**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| **Plaintiff,** | ) |
| v. | ) Case No. 3:20-cr-0006 |
| **TILLISA CEASER** | ) |
| **Defendant.** | ) |

### ORDER

**THIS MATTER** came before the Court for a suppression hearing held on December 3, 2020. At the conclusion of the presentation of witnesses, the Court continued the hearing to allow the parties to submit the September 16, 2019 video recording of the interview of Defendant Ceaser (Gov't Exh. 8) and to provide the Court with a certified copy of the transcript of the interview. The Court also continued the hearing to allow the parties to present closing arguments.

The premises considered, it is hereby

**ORDERED** that the suppression hearing shall be **CONTINUED** to commence promptly at 10:00 A.M. on December 11, 2020, in St. Thomas Courtroom 1; it is further

**ORDERED** that the United States ("Government") shall provide the Clerk of Court with a copy of the video no later than December 4, 2020; it is further

**ORDERED** that the Government shall file a certified copy of the transcript by December 9, 2020, no later than 7:00 p.m.; and it is further

**ORDERED** that Defendant Ceaser shall file objections to the transcript by December 10, 2020, no later than 5:00 p.m.

**Dated:** December 4, 2020            /s/ Robert A. Molloy
                                          **ROBERT A. MOLLOY**
                                          **District Judge**